IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MARVIN EUGENE LONG,** : | |
| Plaintiff, : | NO. 5:11-CV-186 (CHW) |
| VS. : | |
| **MICHAEL J. ASTRUE,** : | |
| Defendant. : | SOCIAL SECURITY APPEAL |

### ORDER

THIS CAUSE is before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is

ORDERED and ADJUDGED that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g) and this case is hereby remanded to the Commissioner of Social Security for the administrative law judge to:

- Consider and weigh school psychologist Brian Blann's 1986 psychological evaluation;
- Further evaluate whether the claimant meets Listing 12.05;
- Further consider and weigh the limitations Dr. William Hutchings assessed in his consultative exam; and
- Further consider the claimant's residual functional capacity and, if needed, obtain vocational expert testimony.

The Clerk of Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 9th day of November, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge